```
                      UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA

WILLIE LEE WILBON, III                           CIVIL ACTION

VERSUS                                           NO: 10-4281

STATE OF LOUISIANA, ET AL.                       SECTION: R(1)
```

### ORDER

The Court, having reviewed *de novo* the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and plaintiff's supplemental memorandum, hereby approves the Report and adopts it as its opinion.

Accordingly,

IT IS ORDERED that plaintiff's suit is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

New Orleans, Louisiana, this __18th__ day of January, 2011.

_____
          SARAH S. VANCE
    UNITED STATES DISTRICT JUDGE